IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHIRLEY BLACK,** *et al.*                                                                                  **PLAINTIFF**

v.                                       **Case No.  4:18-cv-00778 KGB**

**DRIVELINE RETAIL MERCHANDING, INC.**                                  **DEFENDANTS**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 105). The parties move for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*, ¶ 3).  The parties represent that they have reached a "fair, reasonable and adequate compromise of a bona fide dispute[,]" resolving "all claims in this lawsuit" (*Id.*, ¶ 2).

As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal (Dkt. No. 105).  The Court dismisses with prejudice this case, with each side to bear its own fees and costs.

It is so ordered this 29th day of September, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge